# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO M. ARESTA, | Case No. ED CV 17-01468 GW (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SHAWN HATTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: August 22, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE